EDYTHE BITOWF, Appellant, v. CHARLES J. BITOWF, Respondent.— Motion for reargument granted, and on reargument order affirmed, without costs. This appeal was heard on the original motion papers, and among them was an answer by the defendant in a former action for a separation between the same parties. That answer contained a counterclaim for a separation. We did not have before us the defendant's answer in the present action, and there is no counterclaim.

Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. [See ante, p. 804.]